ACCEPTED
12-15-00014-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/10/2015 3:32:49 PM
CATHY LUSK
CLERK

**No. 12-15-00014-CV**

_____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/10/2015 3:32:49 PM
CATHY S. LUSK
Clerk

**In the Twelfth District of
Appeals at Dallas, Texas**

_____

**East Texas Medical Center d/b/a East Texas Medical Center
Emergency Medical Services
Appellant,**

v.

**Jody Delaune, Individually and as Personal Representative of the Estate of
Crystal Delaune, Deceased; and as Next Friend of Dalton Delaune, Destiny Delaune
and Dee Ann Delaune, Minors**

**Appellees.**

_____

Appeal from 7th District Court,
Smith County, Texas
Honorable Kerry L. Russell, Presiding Judge

_____

### APPELLANT'S NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

**TO THE HONORABLE TYLER COURT OF APPEALS:**

Please take notice of the change of address, effective February 15, 2015, of the undersigned attorneys of record for East Texas Medical Center d/b/a East Texas Medical Center Emergency Medical Services.

Russell G. Thornton
THIEBAUD REMINGTON THORNTON BAILEY LLP
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, TX 75206
rthornton@trtblaw.com
Phone:  (214) 954-2200
Fax:  (214) 754-0999 (Fax)

**APPELLANT'S NOTICE OF CHANGE OF ADDRESS OF ATTORNEY – Page 1**
Document #222694

Respectfully Submitted,

**THIEBAUD REMINGTON THORNTON BAILEY, L.L.P.**


By: /s/Russell G. Thornton
     **RUSSELL G. THORNTON**
     State Bar Card No. 19982850
     rthornton@trtblaw.com

     1445 Ross Avenue, Suite 4800
     Dallas, Texas  75202
     (214) 954-2200
     (214) 754-0999 (Fax)

**COUNSEL FOR APPELLANT
EAST TEXAS MEDICAL CENTER d/b/a
EAST TEXAS MEDICAL CENTER
EMERGENCY MEDICAL SERVICES**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the **10th** day of **February, 2015**, a true and correct copy of the foregoing document was delivered to counsel listed below:

**VIA E-SERVE & E-MAIL:**
Mr. Ryan Krebs, M.D., J.D.
THE LAW OFFICE OF RYAN KREBS, M.D., J.D.
805 W. 10th Street, Suite 300
Austin, Texas  78701


     /s/ Russell G. Thornton
     **RUSSELL G. THORNTON**